Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



## MEMORANDUM OPINION

No. 04-08-00612-CV

**THE STATE OF TEXAS**,
Appellant

v.

Irene V. **RODRIGUEZ** d/b/a Rodriguez Immigration & Office Services,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-06-408
Honorable Alex William Gabert, Judge Presiding

PER CURIAM

Sitting:    Alma L. López, Chief Justice
            Catherine Stone, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:   September 24, 2008

JOINT MOTION TO DISMISS GRANTED; DISMISSED

The parties filed a joint motion to dismiss this appeal and to tax costs against appellant. We

grant the motion. *See* TEX. R. APP. P. 42.1(a)(2).  We order all costs of the appeal assessed against

appellant.

PER CURIAM